FILED
 2012 May-23 PM 03:18
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT SHERMAN NIX, III,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No: 5:12-cv-1703-CLS-RRA |
| | ) |
| **LUTHER STRANGE,** | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

This case is before the court on the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (doc. no. 1). The magistrate judge entered a report and recommendation on May 1, 2012, recommending that the petition be dismissed. No objections have been filed.

The court has considered the entire file in this action, including the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. This habeas petition is due to be dismissed. An appropriate order will be entered.

Done this 23rd day of May, 2012.

United States District Judge